IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 18 B 04116 |
| | ) | |
| Timothy Shannon, | ) | Judge Carol A. Doyle |
| | ) | |
| Debtor. | ) | Chapter 13 |
| | ) | |

## ORDER GRANTING MOTION FOR SANCTIONS FOR WILLFUL VIOLATION OF THE AUTOMATIC STAY

IT IS HEREBY ORDERED THAT:

For the reasons stated in the Memorandum Opinion entered September 7, 2018, Shannon's motion for sanctions for willful violation of the automatic stay is granted. The City of Chicago is ordered to release Shannon's vehicle to him immediately.

Dated: September 7, 2018

ENTERED:

*/s/ Carol A. Doyle*
Carol A. Doyle
United States Bankruptcy Judge