# WorUNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

June 19, 2019

Before:
JOEL M. FLAUM, Circuit Judge
MICHAEL S. KANNE, Circuit Judge
MICHAEL Y. SCUDDER, Circuit Judge

```
IN RE: ROBBIN L. FULTON,                     ]
JASON S. HOWARD,                             ] Appeals from the United States
GEORGE PEAKE AND TIMOTHY SHANNON,            ] Bankruptcy Court for
                                             ] the Northern District of
Nos. 18-2527, 18-2793, 18-2835               ] Illinois, Eastern Division
     18-3023                                 ]
                                             ]
                                             ] Nos. 18-02860, 17-25141, 18-16544
APPEAL OF: CITY OF CHICAGO                   ] and 18-04116
                                             ]
                                             ] Jack B. Schmetterer, Bankruptcy Judge,
                                             ] Jacqueline P. Cox, Bankruptcy Judge,
                                             ] Deborah Lee Thorne, Bankruptcy Judge,
                                             ] Carol A. Doyle, Chief Bankruptcy Judge.
```

The judgments of the Bankruptcy Courts are **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)